IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SST MILLENNIUM LLC, a Colorado limited liability company,<br><br>    Plaintiff,<br><br>  v.<br><br>MISSION STREET DEVELOPMENT LLC, a Delaware limited liability company; MISSION STREET HOLDINGS, LLC, a Delaware limited liability company; MILLENNIUM PARTNERS, a partnership; and DOES 1-50 inclusive,<br><br>    Defendants. | No. C 18-06681 WHA<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

Pursuant to Civil Local Rule 3-12, this order *sua sponte* refers the above-captioned case to the Honorable Judge Yvonne Gonzalez Rogers to consider whether this case is related to *Millenium1002 LLC v. Mission Street Development LLC, et al.*, No. 4:18-cv-06684-YGR. All parties have until **NOON ON FEBRUARY 8, 2019** to file a response, opposition, or statement in support of relating the cases.

**IT IS SO ORDERED.**

Dated: February 4, 2019.

                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE